# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DANIEL P. KENNEDY,**<br><br>   Plaintiff,<br><br>vs.<br><br>**FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive**,<br><br>   Defendants. | Case No.: **2:18-cv-00971-AB-FFM**<br><br>**ORDER APPROVING STIPULATION REGARDING PLAINTIFF'S ATTORNEY'S FEES, COSTS AND EXPENSES, and DISMISSING ACTION IN LIGHT OF SETTLEMENT**<br><br>Honorable Judge Andre Birotte Jr.<br><br>**SEE CHANGES.** |

Plaintiff DANIEL P. KENNEDY ("**Plaintiff**") and Defendant FORD MOTOR COMPANY ("**Defendant**") (collectively, "**the Parties**"), by and through their respective counsel of record, have entered into a stipulation for entry of an Order by the Court regarding Plaintiff's attorney's fees, costs and expenses. The Court **APPROVES AND ENTERS** the Parties' Stipulation as follows:

(1) Defendant shall pay the sum of $4,122.59 ($3,752.59 in case-specific attorney's fees, costs and expenses and $370.00 in common work attorney's fees, costs and expenses) to Plaintiff and Plaintiff hereby agrees to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action;

(2) Defendant shall pay the sum of $4,122.59 to Plaintiff within 60 days of execution of this Stipulation by all counsel unless matters outside of the control of Defendant cause delay.

**In light of the Parties' settlement, the Court ORDERS that this action is hereby DISMISSED without prejudice to the right, upon good cause shown within 60 days, to re-open the action if the settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.**

**SO ORDERED.**

Dated: January 03, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE